UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re:<br>Alejo Moreno | )<br>)<br>) | Case No. 18-00928-FLK13 |
| Debtor(s) | )<br>) | Adv. Proc. No. 18-80021-FLK |
| Alejo Moreno | ) | |
| Plaintiff(s) | ) | **NOTICE OF SCHEDULING** |
| v. | ) | **CONFERENCE** |
| SRP 2012-LLC | ) | |
| Defendant(s) | ) | |

PLEASE TAKE NOTICE THAT a scheduling conference has been set for July 9, 2018 at 9:30 a.m. on the above entitled adversary proceeding for the purpose of addressing matters contemplated by FRCP 16(b).

PLEASE FURTHER TAKE NOTICE THAT:

The attorney for the plaintiff shall provide a copy of this notice to all opposing parties or their attorneys;

The parties shall confer as required by FRCP 26(f). In accordance with that rule, but in no event no less than five (5) days prior to the date set for the scheduling conference, the attorneys of record shall file a written report as contemplated by FRCP 26(f).

Each party shall also certify that he or she considered mediation to resolve the dispute by filing ADR Form 2, Certificate of Compliance with LBR 9019-2.

The scheduling conference will be held by telephone conference. To be included on the scheduling conference, each party must call (509) 353-3192 at the designated time referred to above. If you should have any questions, please call Marti Spurgin at (509) 576-6128.

The written report is due no later than July 3, 2018.

Dated: May 30, 2018

    Clerk, U.S. Bankruptcy Court

    by: /s/ Wendy Jo Imming
    Deputy Clerk